UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 95-6439

---

JASON BRADLEY MATTHEWS,

Petitioner - Appellant,

versus

GEORGE N. MARTIN, Warden; ATTORNEY GENERAL OF
THE STATE OF SOUTH CAROLINA,

Respondents - Appellees.

---

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Joseph F. Anderson, Jr., District
Judge.  (CA-93-3102-3-17-AJ)

---

Submitted:  December 19, 1995      Decided:  January 18, 1996

---

Before HALL, WILKINS, and HAMILTON, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Jason Bradley Matthews, Appellant Pro Se.  Donald John Zelenka,
Chief Deputy Attorney General, Columbia, South Carolina, for
Appellees.

---

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying relief on his 28 U.S.C. § 2254 (1988) petition. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, although we grant a certificate of probable cause to appeal, we affirm on the reasoning of the district court. Matthews v. Martin, No. CA-93-3102-3-17-AJ (D.S.C. Feb. 10, 1995). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED